**Order filed September 27, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00014-CV

———————

**TEXAS REIT, LLC, ALI CHOUDHRI, DALIO HOLDINGS I, LLC AND DALIO HOLDINGS II, LLC, Appellants**

**V.**

**MOKARAM-LATIF WEST LOOP, LTD., Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-27197-A**

# O R D E R

The clerk's record was filed February 2, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a copy of the final arbitration award.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 14, 2022, containing the final arbitration award, which is attached as Exhibit A to an order setting hearing filed April 12, 2022. *See*

*Choudhri v. Mokaram-Latif W. Loop, Ltd.*, No. 14-21-00568-CV, 2022 WL 1087735, at *2 (Tex. App.—Houston [14th Dist.] Apr. 12, 2022, no pet.) (mem. op.) (affirming trial court's order unsealing final arbitration award).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.